**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC -7 2004

LUTHER D. THOMAS, Clerk
By: _____
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | NO. 1:98-CV-0386-GET |
| ) | |
| vs. ) | |
| ) | |
| JAMES L. DAVIS, ) | |
| ) | |
| Defendant(s). ) | |

## SATISFACTION OF JUDGMENT

The judgment in the above entitled case has been paid. The Clerk of the United States District Court for the Northern District of Georgia is hereby authorized and empowered to satisfy and cancel said judgment of record.

This 7th day of December, 2004.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

LORI M. BERANEK
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 053775

600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6350